| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Shawna Ann McGeisey<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–5966<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Eastern District of Texas | Date case filed for chapter:   7   9/30/22 |
| Case number: | 22–41286 | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Shawna Ann McGeisey | |
| 2. | **All other names used in the last 8 years** | aka Shawna Ann Bynum | |
| 3. | **Address** | 3405 Desert Mesa Road<br>Roanoke, TX 76262 | |
| 4. | **Debtor's attorney**<br>Name and address | John Kendrick Turner<br>Allmand Law Firm<br>860 Airport Freeway<br>Suite 401<br>Hurst, TX 76054 | Contact phone 214-265-0123<br>Email: jturner@allmandlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Christopher Moser<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201 | Contact phone (214) 880-1805<br>Email: cmoser@qslwm.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page 1

Debtor **Shawna Ann McGeisey**      Case number **22–41286**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Suite 300B<br>660 North Central Expressway<br>Plano, TX 75074 | Hours open:<br>8:00 – 4:00<br><br>Contact phone (972)509–1240<br><br>Date: 9/30/22 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 28, 2022 at 10:15 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephonic Hearing–See Instructions** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/27/22** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

United States Bankruptcy Court
Eastern District of Texas

In re:     Case No. 22-41286-btr
Shawna Ann McGeisey     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4     User: admin     Page 1 of 4
Date Rcvd: Oct 03, 2022     Form ID: 309A     Total Noticed: 82

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shawna Ann McGeisey, 3405 Desert Mesa Road, Roanoke, TX 76262-4550 |
| 8186903 | + | Albertelli Law, 2201 W Royal Ln Suite 155, Irving, TX 75063-3200 |
| 8186906 | + | Amerihome Mortgage, P.O. Box 77423, Trenton, NJ 08628-7423 |
| 8186907 | + | Ameripath, P.O. Box 740976, Cincinnati, OH 45274-0976 |
| 8186908 | + | Attorney General of Texas, Bankruptcy Collection Division, PO Box 12017, Austin, TX 78711-2017 |
| 8186910 | + | Blakely Witt & Assoc, 4851 LBJ Freeway Suite 750, Dallas, TX 75244-6012 |
| 8186916 | + | Citibank, N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 8186921 | | DATCU Credit Union, P.O. Box 527, Denton, TX 76202 |
| 8186924 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Management, LLC, 1130 Northchase Parkway SE Suite 150, Marietta, GA 30067-6420 |
| 8186923 | + | First Family Care PLLC, 208 E. Hwy 114, Roanoke, TX 76262-6907 |
| 8186926 | + | Henry Oddo Austin & Fletcher, 1700 Pacific Avenue Suite 2700, Dallas, TX 75201-4634 |
| 8186931 | + | John Gillespie, P.O. Box 460568, Houston, TX 77056-8568 |
| 8186932 | + | Katharine Banks Allen, PO Box 460568, Houston, TX 77056-8568 |
| 8186933 | + | Lakes at Lost Creek HOA, Inc., C/O SBB Management CO, 8360 LBJ Freeway Suite 300, Dallas, TX 75243-1160 |
| 8186934 | + | Law office of Richard Kinkade, 2121 W Airport Freeway Ste 400, Irving, TX 75062-6098 |
| 8186942 | + | MUSA Auto Finance, LLC, P.O. Box 206880, Dallas, TX 75320-6880 |
| 8186937 | + | Matthew W Cooper, PO Box 115220, Carrollton, TX 75011-5220 |
| 8186941 | + | Moss Law Firm, P.O. Box 3340, Lubbock, TX 79452-3340 |
| 8186945 | + | Neeraj Badhey, 1400 Hospital parkway Suite 100, Bedford, TX 76022-6928 |
| 8186953 | + | Radiology Associates of North Texas, P.O. Box 1723, Indianapolis, IN 46206-1723 |
| 8186954 | + | Reedy Creek Management Services, LLC, 1527 W. Highway 114 Suite 500, Grapevine, TX 76051-8671 |
| 8186955 | + | Robertson, Anschutz Schneid, 5601 Executive Drive Suite 400, Irving, TX 75038-2508 |
| 8186958 | + | Starpower, 1600 E. Southlake Blvd Suite 1600, Southlake, TX 76092-6547 |
| 8186959 | + | Sun Trust Educations Loans, C/O Trellis Company, P.O. Box 83100, Round Rock, TX 78683-3100 |
| 8186961 | + | Sunttust Bank Now Truist Bank, Support Service Bankruptcy Dept, P.O. Box 85092, Richmond, VA 23286-0001 |
| 8186965 | + | Synchrony Bank/ Paypal, 120 Corporate Blvd Suite 100, Norfolk, VA 23502-4952 |
| 8186969 | + | TD Auto Finance LLC, C/O Wilcox Law, PLLC, PO Box 201849, Arlington, TX 76006-1849 |
| 8186972 | + | Texas Health, P.O. Box 733509, Dallas, TX 75373-3509 |
| 8186973 | + | Texas Health Harris Methodist Alliance, P.O. Box 731775, Dallas, TX 75373-1775 |
| 8186974 | | Texas Health Resources, Payment Processing Center, P.O. Box 733546, Dallas, TX 75373-3546 |
| 8186975 | + | Texas Medicine Resources, P.O. Box 8549, Fort Worth, TX 76124-0549 |
| 8186976 | + | Texas Radiology Associates, PO Box 1723, Indianapolis, IN 46206-1723 |
| 8186979 | + | Tyler Lawsden, 275 W. Campbell Ste. 312, Richardson, TX 75080-3601 |
| 8186980 | + | United States Attorney - EAST, 110 N. College Ste. 700, Tyler, TX 75702-7237 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: jturner@allmandlaw.com | Oct 04 2022 00:40:00 | John Kendrick Turner, Allmand Law Firm, 860 Airport Freeway, Suite 401, Hurst, TX 76054 |
| tr | + EDI: FCJMOSER | Oct 04 2022 04:38:00 | Christopher Moser, 2001 Bryan Street, Suite 1800, |

Case 22-41286  Doc 8  Filed 10/05/22  Entered 10/05/22 23:34:45  Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0540-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 03, 2022 | Form ID: 309A | Total Noticed: 82 |

| | | | |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.ty.ecf@usdoj.gov | Oct 04 2022 00:40:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| 8186904 | Email/Text: clerk@allmandlaw.com | Oct 04 2022 00:40:00 | Allmand Law Firm, PLLC, 860 Airport Fwy Ste 401, Hurst, TX 76054-3264 |
| 8186905 | + Email/PDF: bncnotices@becket-lee.com | Oct 04 2022 00:45:04 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 8186909 | + Email/Text: bankruptcy@cavps.com | Oct 04 2022 00:40:00 | Avant Credit, C/O Cavalry Portfolio SVCS, 500 Summit Lake Drive Suite 4A, Valhalla, NY 10595-2323 |
| 8186911 | + EDI: CAPITALONE.COM | Oct 04 2022 04:38:00 | Capital One, Atth: Bankruptcy, POBox 30285, Salt Lake City, UT 84130-0285 |
| 8186912 | EDI: CAPITALONE.COM | Oct 04 2022 04:38:00 | Capital One Bank (USA) N.A., By American Infosource LP As Agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 8186913 | + EDI: CAPITALONE.COM | Oct 04 2022 04:38:00 | Capital One Bank Usa NA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 8186915 | + Email/Text: bankruptcy@cavps.com | Oct 04 2022 00:40:00 | Cavalry SPV I, LLC, 500 Summit lake Drive Suite 400, Valhalla, NY 10595-2321 |
| 8186917 | + EDI: CITICORP.COM | Oct 04 2022 04:38:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 8186918 | + EDI: WFNNB.COM | Oct 04 2022 04:38:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 8186919 | + Email/Text: Collections_Bankruptcies@encoreexchange.com | Oct 04 2022 00:40:00 | Computer Credit, Inc., P.O. Box 5238, Winston Salem, NC 27113-5238 |
| 8186920 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 04 2022 00:45:05 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 8186922 | + Email/Text: bankruptcy@fcoa.com | Oct 04 2022 00:40:00 | Financial Corporation of America, 12515 Research Blvd Blg 2 Suite 200, Austin, TX 78759-2247 |
| 8186925 | + EDI: PHINGENESIS | Oct 04 2022 04:38:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 8186927 | EDI: IRS.COM | Oct 04 2022 04:38:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 8186928 | Email/Text: SMail@jbllc.com | Oct 04 2022 00:40:00 | Javitch Block, LLC, 1100 Superior Avenue 19th Floor, Cleveland, OH 44114 |
| 8186929 | + EDI: RMSC.COM | Oct 04 2022 04:38:00 | JC Penney, PO Box 760090, Orlando, FL 32896-0001 |
| 8186930 | EDI: JEFFERSONCAP.COM | Oct 04 2022 04:38:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302 |
| 8186936 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2022 00:45:28 | LVNV Funding, Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 8186935 | + Email/Text: dallas.bankruptcy@LGBS.com | Oct 04 2022 00:40:00 | Linebarger Goggan Blair & Sampson LLP, Attn: Lisa Large Evans, 2777 N. Stemmons Freeway, Ste 1000, Dallas, TX 75207-2328 |
| 8186938 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 04 2022 00:40:00 | MCM Midland Credit Management, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 8186939 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 04 2022 00:40:00 | MCM Midland Credit Management, 350 Camino Dela Reina 100, San Diego, CA 92108-3007 |
| 8186940 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 04 2022 00:40:00 | Midland credit Management, Attn Managing Agent, PO BOX 51319, Los Angeles, CA 90051-5619 |

(Dallas, TX 75201-3070)

Case 22-41286   Doc 8   Filed 10/05/22   Entered 10/05/22 23:34:45   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0540-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 03, 2022 | Form ID: 309A | Total Noticed: 82 |

| | | | | |
|---|---|---|---|---|
| 8186947 | + | EDI: NTXTOLWAY | Oct 04 2022 04:38:00 | NTTA, Bankruptcy Division, 5900 W. Plano Parkway, Plano, TX 75093-4695 |
| 8186948 | + | EDI: NTXTOLWAY | Oct 04 2022 04:38:00 | NTTA, PO Box 660244, Dallas, TX 75266-0244 |
| 8186944 | + | Email/Text: bankruptcy@nfm.com | Oct 04 2022 00:40:00 | Nebraska Furniture Mart, P.O. Box 3000, Omaha, NE 68103-3030 |
| 8186943 | + | Email/Text: bankruptcy@nfm.com | Oct 04 2022 00:40:00 | Nebraska Furniture Mart, 5600 Nebraska Furniture Mart Drive Dept, The Colony, TX 75056-5348 |
| 8186946 | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 04 2022 00:40:00 | Northwest ISD, c/oLinebarger Goggan Blair & Sampson LLP, 2777 N Stemmons Frwy Suite 1000, Dallas, TX 75207-2328 |
| 8186949 | | EDI: PRA.COM | Oct 04 2022 04:38:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 8186950 | | EDI: PRA.COM | Oct 04 2022 04:38:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 8186951 | + | EDI: RECOVERYCORP.COM | Oct 04 2022 04:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 8186952 | + | EDI: Q3G.COM | Oct 04 2022 04:38:00 | Quantum3 Group LLC, Credit Corp Solutions INc., P.O. Box Box 788, Kirkland, WA 98083-0788 |
| 8186957 | | Email/Text: bankruptcy@springoakscapital.com | Oct 04 2022 00:40:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327-1216 |
| 8186962 | + | EDI: RMSC.COM | Oct 04 2022 04:38:00 | SYNCB-Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 8186963 | + | EDI: RMSC.COM | Oct 04 2022 04:38:00 | SYNCB-JC Penney, P.O. Box 965007, Orlando, FL 32896-5007 |
| 8186960 | | Email/Text: bankruptcy@bbandt.com | Oct 04 2022 00:40:00 | Suntrust Bank, P.O. Box 85052, Richmond, VA 23285-5052 |
| 8186964 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 04 2022 00:40:00 | Synchrony Bank, C/O Midland Credit Management, Inc., 320 E. Big Beaver Road Suite 300, Troy, MI 48083-1271 |
| 8186966 | + | EDI: RMSC.COM | Oct 04 2022 04:38:00 | Synchrony Networks, P.O. Box 965036, Orlando, FL 32896-5036 |
| 8186977 | | EDI: AISTMBL.COM | Oct 04 2022 04:38:00 | T-Mobile, PO Box 629025, El Dorado Hills, CA 95762 |
| 8186978 | + | EDI: AIS.COM | Oct 04 2022 04:38:00 | T-Mobile/T-Mobile USA Inc, by American Inforsource as agent, P.O. Box 248848, Oklahoma City, OK 73124-8848 |
| 8186967 | + | EDI: LCITDAUTO | Oct 04 2022 04:38:00 | TD Auto Finance, Attn: Officer or Managing Agent, P.O. Box 9223, Farmington Hills, MI 48333-9223 |
| 8186968 | + | EDI: LCITDAUTO | Oct 04 2022 04:38:00 | TD Auto Finance LLC, fka Chrysler Financial, P.O. Box 551080, Jacksonville, FL 32255-1080 |
| 8186970 | + | EDI: LCIFULLSRV | Oct 04 2022 04:38:00 | Tea Olive LLC, PO Box 1931, Burlingame, CA 94011-1931 |
| 8186971 | | Email/Text: bankruptcyclerk@tabc.texas.gov | Oct 04 2022 00:40:00 | Texas Alcoholic Beverage Comm, Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 8186981 | ^ | MEBN | Oct 04 2022 00:38:47 | US Attorney General, US Department of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530-0009 |
| 8186982 | + | EDI: NTXTOLWAY | Oct 04 2022 04:38:00 | Zip Cash, PO Box 660244, Dallas, TX 75266-0244 |

| District/off: 0540-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 03, 2022 | Form ID: 309A | Total Noticed: 82 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8186914 |  | Capital One -Best Buy, P.O. Box 30253 84130 |
| 8186956 | *+ | Shawna Ann McGeisey, 3405 Desert Mesa Road, Roanoke, TX 76262-4550 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2022          Signature:          /s/Gustava Winters